JOSEPHINE M. GERRARD (CBN 303221)
Gerrard Law Offices
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel: (510) 838-0529
Fax: (510) 280-1635
jo@gerrardlawoffices.com
Attorney for the Plaintiff, Jacob O. Betancourt

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB O. BETANCOURT,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN J. O'MALLEY,<br>Commissioner Of Social Security,<br><br>Defendant | Case No. 2:24-cv-02291-JDP<br><br>~~PROPOSED~~ ORDER FOR A TWENTY-EIGHT-DAY EXTENSION TO FILE PLAINTIFF'S OPENING BRIEF |

The Extension for 28 days to file Plaintiff's opening brief now is due December 23, 2024, and Defendant's response due on or before January 22, 2025.

**IT IS ORDERED**.

~~[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF - 1~~

IT IS SO ORDERED.

Dated:  November 21, 2024

JEREMY D. PETERSON

UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF - 1